UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CONTINENTAL INSURANCE COMPANY,**

    **Plaintiff,**

v.                                              Case No.

**RANDALL CONSTRUCTION HOLDINGS, INC.**

    **Defendant.**

_____/

# COMPLAINT

Plaintiff Continental Insurance Company, by way of Complaint against defendant Randall Construction Holdings, Inc., says:

## THE PARTIES

1. Continental Insurance Company ("Continental") is an Illinois corporation engaged in the insurance business with a statutory home office and principal place of business located at 151 North Franklin, Street, Chicago, IL 60606. Continental is authorized to transact business and has transacted business in the State of Florida.

2. Randall Construction Holdings, Inc. ("Defendant") is a corporation organized under the laws of the State of Florida with a principal place of business at 3307 Clarcona Road, Apopka, Florida 32703.

1

## JURISDICTIONAL ALLEGATIONS

3. The amount in controversy between the parties is in excess of $75,000.

4. Jurisdiction is based on diversity of citizenship under 28 U.S.C. §1332.

5. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. §1391 because a substantial part of the events, including contract formation, or omissions giving rise to the claims occurred in the Middle District of Florida.

## FACTUAL BACKGROUND

6. Continental repeats, restates and realleges the allegations set forth in Paragraphs 1 through 5 of this Complaint as if fully set forth herein.

7. Continental issued a policy of business property and inland marine insurance to Defendant under Policy No. PMT 6080755612 for the effective dates of March 01, 2021 to March 01, 2022 (the "2021 PMT Policy").

8. The 2021 PMT Policy is an insurance contract which provides insurance for certain liabilities of Defendant as set forth in the 2021 PMT Policy in return for premiums.

9. The premiums for the 2021 PMT Policy, including additional premiums for endorsements, were $124,333.00.

10. Defendant made payments totaling $123,987.67.

11. Defendant remains indebted to Continental in the amount of $345.33 for the premiums for the 2021 PMT Policy.

12. Continental issued a policy of business property and inland marine insurance to Defendant under Policy No. PMT 6080755612 for the effective dates of March 01, 2022 to March 01, 2023 (the "2022 PMT Policy").

13. The 2022 PMT Policy is an insurance contract which provides insurance for certain liabilities of Defendant as set forth in the 2022 PMT Policy in return for premiums.

14. The premiums for the 2022 PMT Policy, including additional premiums for endorsements, were $160,626.83.

15. Defendant did not make any payments for the premiums for the 2022 PMT Policy.

16. The 2022 PMT Policy was cancelled effective June 1, 2022.

17. Continental issued a cancellation credit in the amount of $122,397.31 for the 2022 PMT Policy.

18. Defendant was indebted to Continental in the amount of $38,229.52 for the premiums for the 2022 PMT Policy.

19. Continental issued a policy of excess and umbrella liability insurance to Defendant under Policy No. CUE 6080572968 for the effective dates of March 01, 2022 to March 01, 2023 (the "CUE Policy").

20. The CUE Policy is an insurance contract which provides insurance for certain liabilities of Defendant as set forth in the CUE Policy in return for premiums.

21. The premiums for the CUE Policy were $344,392.00.

22. Defendant did not make any payments for the premiums for the CUE Policy.

23. The CUE Policy was cancelled effective June 8, 2022.

24. Continental issued a cancellation credit in the amount of $256,495.00 for the CUE Policy.

25. Defendant was indebted to Continental in the amount of $87,897.00 for the premiums for the CUE Policy.

26. Continental fulfilled its obligations under the 2021 PMT Policy, the 2022 PMT Policy, and the CUE Policy (collectively the "Policies").

27. Defendant was indebted to Continental for unpaid premiums and $72.00 for related fees for the Policies in the total amount of $126,543.85 ($345.33 + $87,897.00 + $38,229.52 + $72.00) (the "Outstanding Premiums").

28. Defendant agreed that the Outstanding Premiums were due and owing to Continental.

29. Defendant agreed that interest, as of May 22, 2023, in the amount of $7,389.22 was due and owing to Continental (the "Interest").

30. On or about August 29, 2023, Continental and Defendant entered into a Confidential Payment and Release Agreement (the "Agreement") for payment of the Outstanding Premiums plus Interest.[1]

31. Pursuant to the terms of the Agreement, Defendant agreed to remit $133,933.07 to Continental in three installments.

32. Defendant remitted the first installment in the amount of $45,000.00 on October 16, 2023.

33. Defendant failed to remit payment of the November 15, 2023 installment required by the Agreement.

34. On November 28, 2023, Continental provided Defendant with a written notice of default in accordance with the terms of the Agreement.

35. Pursuant to the terms of the Agreement, the deadline for Defendant to cure the default was December 4, 2023.

36. On December 1, 2023, Continental reminded Defendant of the deadline to cure the default.

37. Defendant failed to cure its default of the Agreement.

38. Defendant has breached the Agreement.

---

[1] Continental will provide a copy of the Agreement to the Court for an *in camera* inspection upon request.

39. To date, Defendant has not paid the November 15, 2023 installment nor made any other payments under the Agreement.

40. To date, Defendant has not communicated with Continental regarding the Agreement and has not requested any extensions of time related to the Agreement.

41. Pursuant to the terms of the Agreement, Defendant agreed that Continental is entitled to the immediate entry of a Stipulated Final Judgment in any Florida state or federal court upon the expiration of the cure period.

42. Defendant stipulated to the entry of the Stipulated Final Judgment. A true and correct copy of the Stipulation of Entry of Stipulated Final Judgment is attached as **Exhibit A**.

43. Pursuant to the terms of the Agreement, an uncured default entitles Continental to the immediate entry of a Stipulated Final Judgment against Defendant in the amount of $153,933.07, less any payments made under the Agreement, plus interest on such amount at the rate of nine percent (9%) per annum, retroactive and compounded from June 1, 2023, plus Continental's attorney's fees and litigation costs incurred to date and until all amounts owed to Continental under the Stipulated Final Judgment have been satisfied.

44. Continental has given Defendant credit for the $45,000.00 installment payment made on October 16, 2023 pursuant to the terms of the Agreement.

45. The amount remaining due under the terms of the Agreement is $108,933.07 plus applicable interest, fees, and costs as set forth therein.

46. As of December 7, 2023, interest on the remaining $108,933.07, calculated in accordance with the terms of the Agreement at 9.0% (nine percent) from June 1, 2023 through December 31, 2023, is $5,618.33.

47. As of November 30, 2023, Continental has incurred attorney's fees in the amount of $7,817.44 and costs in the amount of $25.00.

48. Continental is, therefore, entitled to the entry of a Stipulated Final Judgment in the amount of $122,393.84 ($108,933.07 + $5,618.33 + $7,817.44 + $25.00), plus continuing interest at the rate of nine percent (9%) per annum, retroactive and compounded from January 1, 2024, plus Continental's additional attorney's fees and litigation costs incurred from December 1, 2023 until all amounts owed to Continental under the Stipulated Final Judgment have been satisfied.

## COUNT I
### (Breach of Contract)

49. Continental repeats, restates and realleges the allegations set forth in Paragraphs 1 through 48 of this Complaint as if fully set forth herein.

50. The Agreement is a valid, written contract.

51. Continental fulfilled its contractual obligations to Defendant under the Agreement.

52. Defendant breached the Agreement.

53. Defendant's breach of the Agreement has resulted in damages to Continental in the amount of $122,393.84 plus additional interest, fees, and costs as set forth in the Agreement.

54. Defendant's breach of the Agreement continues to cause additional damages to Continental.

**WHEREFORE**, Continental demands that the Stipulated Final Judgment be entered against Defendant in the amount of $122,393.84 plus continuing interest at the rate of nine percent (9%) per annum, retroactive and compounded from January 1, 2024, plus Continental's attorney's fees and litigation costs incurred from December 1, 2023 and until all amounts owed to Continental under the Stipulated Final Judgment have been satisfied.

Dated:  January 5, 2024

                                               */s/   Caroline C. Spradlin*
Rhett C. Parker   |   FBN 0032979
rhett.parker@phelps.com
Caroline C. Spradlin   |   FBN 1003631
caroline.spradlin@phelps.com
**PHELPS DUNBAR LLP**
100 South Ashley Drive, Suite 2000
Tampa, Florida  33602-5315
(813) 472-7550
Counsel for Plaintiff