# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CONTINENTAL INSURANCE
COMPANY,

      Plaintiff,

v.                                             Case No:   6:24-cv-29-GAP-DCI

RANDALL CONSTRUCTION
HOLDINGS, INC.,

      Defendant

## ORDER

This cause comes before the Court on Plaintiff's Amended Motion and Incorporated Memorandum of Law in Support of its Renewed Motion for Entry of Default Judgment (Doc. No. 26) filed May 28, 2024.

On September 6, 2024, the United States Magistrate Judge issued a report (Doc. No. 31) recommending that the motion be granted in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Amended Motion and Incorporated Memorandum of Law in Support of its Renewed Motion for Entry of Default Judgment is **GRANTED IN PART**. Plaintiff is entitled to $25,618.33 for the outstanding balance including interest accrued from June 1, 2023, to December 31, 2023.

3. The remainder of the Motion (Doc. 26) is **DENIED without prejudice.** If Plaintiff wishes to pursue additional interest or attorney fees, it must file appropriate documentation by October 15, 2024.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 23, 2024.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party