# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CONTINENTAL INSURANCE
COMPANY,

        Plaintiff,

v.                                                                                       Case No:   6:24-cv-29-GAP-DCI

RANDALL CONSTRUCTION
HOLDINGS, INC.,

        Defendant

## ORDER

This cause comes before the Court on Plaintiff's Supplemental Motion for Attorney's Fees and Additional Interests (Doc. No. 44) filed November 15, 2024.

On January 8, 2024, the United States Magistrate Judge issued a report (Doc. No. 45) recommending that the motion be granted in part. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Supplemental Motion for Attorney's Fees and Additional Interest is **GRANTED IN PART**.

3. Plaintiff is awarded attorney's fees against Randall Construction Holdings, Inc. in the amount of $7,817.44.

4. The Court previously found that Plaintiff was entitled to $25,618.33 for the outstanding balance including interest from June 1, 2023, to December 31, 2023 (Doc. 32).

5. The clerk is directed to enter judgment in favor of the Plaintiff Continental Insurance Company in the total amount of $33,435.77 against Defendant Randall Construction Holdings, Inc. and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 24, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party